**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ABRAHIM FATA,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-3661** |
| | : | |
| **CHARLES LANG, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 24th day of August, 2026, upon consideration of Plaintiff Abrahim Fata's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Exhibits (ECF Nos. 8-11), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to mark ECF Nos. 8-11 as case-participant-view only. The documents contain sensitive personal information. Fata is instructed that: "Personal identifiers such as Social Security numbers, dates of birth, financial account numbers, and **names of minor children must be modified or partially redacted** in all documents filed either in paper or electronic form" that are submitted to the Court. E.D. Pa. Local Civ. R. 5.1.3 (emphasis added); see also Fed. R. Civ. P. 5.2(a), (h).

4. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**